Exhibit A to the Complaint

**Location:** Honolulu, HI  
**Total Works Infringed:** 25  
**IP Address:** 98.151.186.51  
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 71CC8DD9F110DE085FE18201E20CE6DF09D2024D | 04/24/2025 09:03:47 | Tushy | 04/06/2025 | 04/22/2025 | PA0002527083 |
| 2 | 722ABDC9DB50A9E2CCC76C88FAFA6C41CDBFCF92 | 01/28/2025 07:38:04 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |
| 3 | 3a31f41ca3c43470c1b151ea8e76b59e57636641 | 10/16/2024 10:41:02 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 4 | 8a8f77477bf5b4a8a92f8b619fd0446b41d18d3e | 10/14/2024 22:37:15 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 5 | 68198a587343a4d2fe8ddeff340b6d9a01b6e798 | 09/15/2024 08:48:59 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 6 | ED14EA2329F7C0D1C545295218F92CF0C5A629D8 | 09/14/2024 06:42:00 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 7 | ffb18d46ee96fe2ca85becff8dff7c353e4fb43d | 08/18/2024 09:50:45 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 8 | 49b1e714ecb433fb14f09cbb58b830e090f11036 | 08/02/2024 23:16:16 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 9 | 2b09329d4ecf45141c9e42f526bbb5edabea5763 | 06/22/2024 10:59:40 | Tushy | 03/12/2023 | 04/07/2023 | PA0002405752 |
| 10 | f29e2c606b76da4b8a90f48ba41d6c437a8c07e8 | 06/11/2024 08:45:33 | Blacked Raw | 06/13/2022 | 06/27/2022 | PA0002354983 |
| 11 | 9c1f283f6c0964be19763218d888ef5476d84cdb | 05/23/2024 08:50:27 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 12 | 92b1b18c339ac132512cf4b8e4ca64d80a2d42fa | 05/12/2024 11:37:39 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 13 | 0bed4208d2f358317457bbdcf4245ae10636ec10 | 05/10/2024 08:47:32 | Tushy | 07/10/2022 | 07/22/2022 | PA0002359469 |
| 14 | 371bb8d0ba83b399046fa802c65e393ede4cf3d4 | 03/16/2024 06:17:58 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 15 | CFD13014F6282E32FA529BEDBC774C75A6AEE956 | 03/07/2024 09:38:34 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 16 | cad09ccc05a5da9b46781a2c4c96301d6adbc7bd | 02/01/2024 20:10:25 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 82d844e6b079fc68d1182a5fb70fb10a6134ecf1 | 01/13/2024 09:25:18 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 18 | 25f8f9e1208532e70e0f4f9d917f7990df114568 | 12/19/2023 17:00:06 | Slayed | 08/29/2023 | 12/05/2023 | PA0002443596 |
| 19 | 8e634644a5fb2ec16ae3ada82cd7e2b8994e7742 | 12/12/2023 11:05:30 | Vixen | 01/14/2022 | 03/04/2022 | PA0002345789 |
| 20 | dbaccea39b696673a7cf131e6ead88d1ea847a76 | 12/09/2023 13:30:21 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 21 | 5f1c6e9bc2cece66c644d8d6e8f7fd1ef31151a9 | 11/22/2023 13:08:12 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 22 | c53946c97b226c06be28b29962d81dd4311c318a | 11/20/2023 10:13:46 | Tushy | 02/26/2023 | 03/06/2023 | PA0002399996 |
| 23 | 65bf75246b0cce2f12139589176a4efadc148f38 | 11/14/2023 15:36:12 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |
| 24 | f1ca1cdd26cef05c56408a156086f647562e02d2 | 11/06/2023 04:35:51 | Tushy | 11/06/2022 | 12/11/2022 | PA0002384747 |
| 25 | 806C5201858522CBDE6E919E5B35C6BE2E3212FE | 10/30/2023 10:00:32 | Blacked | 03/06/2018 | 04/12/2018 | PA0002091581 |