VIRTUESQ LLLC
CHRISTIAN L. KAMAU        10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) CIVIL NO. 25-00215 MWJS-KJM |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) **PLAINTIFF'S VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| JOHN DOE subscriber assigned IP | ) **OF JOHN DOE** |
| address 98.151.186.51, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 98.151.186.51 are voluntarily dismissed with prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought. No other claims, including counterclaims, cross-claims, or third-party claims remain in this action.

*[Space intentionally left blank.]*

DATED: Honolulu, Hawaii, August 29, 2025.

Respectfully submitted,

/s/ *Christian L. Kamau*

CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AS TO FORM:

DATED:  September 2, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address*
*98.151.186.51, Civ. No. 25-00215 MWJS-KJM, Plaintiff's Voluntary Dismissal*
*with Prejudice of John Doe*